# UNITED STATES DISTRICT COURT

for the

Central District of California

| United States of America | |
|---|---|
| v. | Case No. 19MJ03449 |
| JOSEPH JORDAN, | |
| Defendant(s) | |

FILED
CLERK, U.S. DISTRICT COURT
AUG 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 20, 2019 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Daniel J. McCormick
Printed name and title

Sworn to before me and signed in my presence.

Date: August 20, 2019

_____
Judge's signature

City and state: Los Angeles, California

Hon. Karen Stevenson, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Daniel J. McCormick, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against Joseph Jordan ("JORDAN") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF DANIEL J. MCCORMICK

3. I am a Special Agent ("SA") with the United States Drug Enforcement Administration ("DEA"), and have been employed as such since January 2013. Since my appointment as an SA, I have received training in the investigation of federal drug offenses. From September 2012 through January 2013, I received instruction at the DEA Academy in Quantico, Virginia, in the investigation of violations of the Controlled Substances Act and criminal conspiracies involving the smuggling and distribution of narcotics and dangerous drugs. I have investigated numerous

drug-related crimes, many of which involved the use of firearms. I have been involved in numerous drug-related arrests that resulted in the seizure of drugs and firearms.

### III. SUMMARY OF PROBABLE CAUSE

4. On August 20, 2019, while executing a search warrant at JORDAN's residence, law enforcement found JORDAN, a convicted felon, holding a loaded pistol. The firearm and ammunition were manufactured outside of the state of California.

### IV. STATEMENT OF PROBABLE CAUSE

5. Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

#### A. Search Warrant for JORDAN's Residence

6. On August 15, 2019, the Honorable John E. McDermott, United States Magistrate Judge, authorized a warrant for the search of JORDAN's residence in Studio City, California. In Re Search Warrant, 19-MJ-3350 (C.D. Cal.).

#### B. JORDAN Holding Loaded Pistol

7. On August 20, 2019, I went to JORDAN's residence with other DEA SAs to execute the search warrant described above.

8. Based on my conversations with other agents, I know that shortly their after arrival, agents saw JORDAN looking out of a black sliding-glass door while holding a pistol. Agents told JORDAN to put the gun down and he complied.

9. Agents recovered the pistol, a Ruger P95 semi-automatic pistol bearing serial number 317-44396. The pistol

was loaded with a 10 rounds of ammunition that appeared to be of various manufacture.

### C. Additional Contraband Located

10. During the search of JORDAN's residence, agents found approximately one-quarter of a pound of suspected methamphetamine.

11. During the search of a detached building at the rear of the property, agents found:

    a. Tools and equipment that appeared to be used for the manufacture of vape pen cartridges containing methamphetamine.[1]

    b. A Smith & Wesson Bodyguard 380 semi-automatic pistol bearing serial number KDM6870. The pistol was loaded with 9 rounds of ammunition labeled with brand name "Winchester."

    c. A semi-automatic AR-15 style rifle with a New Frontier Armory LW-15 lower receiver bearing serial number NLV53119. The rifle was loaded with 18 rounds of ammunition labeled with brand name "Wolf."

    d. A box containing 26 rounds of Winchester .380 ammunition.

### D. JORDAN's Criminal History

12. I reviewed JORDAN's criminal history records and learned that he has previously been convicted of the following felony crime punishable by a term of imprisonment exceeding one

---

[1] A vape pen cartridge is a liquid storage container used with electronic smoking devices such as electronic cigarettes or vaporizers, commonly referred to as "vape pens."

year: On or about May 28, 1997, a violation of California Penal Code Section 12403.7(a)(1), Unlawful Possession and Use of Tear Gas, in the Superior Court for the State of California, County of Ventura, Case Number CR38599B.

    **E.    Interstate Nexus**

13. Based on internet queries, I learned that Ruger is the shortened name for Sturm, Ruger & Co., Inc. Ruger is based in Southport, Connecticut and has firearm production facilities in New Hampshire, North Carolina, and Arizona.

14. Because the Ruger handgun that JORDAN had at the time of the search warrant was found in California, I believe that the handgun has traveled in and affected interstate commerce.

15. A full interstate nexus report for the firearms and ammunition is pending.

### V.  CONCLUSION

16. For the foregoing reasons, there is probable cause to believe that JORDAN has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition.

                                         Daniel J. McCormick,
                                         DEA Special Agent

Subscribed to and sworn before me this 20 day of August, 2019.

UNITED STATES MAGISTRATE JUDGE